IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID JOHN PATRICK NELSON,

    Plaintiff,

    vs.                                                                          Civ. No. 13-1224  MV/KK

CAROLYN W. COLVIN,
**Acting Commissioner of Social Security,**

    **Defendant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Proposed Findings and Recommended Disposition by United States Magistrate Judge Kirtan Khalsa, filed March 13, 2015.  (Doc. 28.) The parties have not filed any objections.  The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition waives appellate review of both factual and legal questions.  *U.S. v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996).

    **IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 28) is adopted.

    **IT IS FURTHER ORDERED** that Plaintiff's Motion to Reverse or Remand (Doc. 20) is **GRANTED.**

_____
**MARTHA VAZQUEZ**
**United States District Judge**